IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD L. PARKER,<br><br>  Petitioner,<br><br>  v.<br><br>ROBERT AYERS, JR., Warden,<br><br>  Respondent.                              / | No. C 09-00063 SBA (PR)<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Respondent's motion to dismiss the petition as moot, judgment shall be entered in this case in favor of Respondent. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: 9/7/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

<div style="writing-mode: vertical-rl">**United States District Court**
For the Northern District of California</div>

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CLIFFORD L PARKER,

    Plaintiff,

 v.

ROBERT AYERS JR et al,

    Defendant.

Case Number: CV09-00063 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 9, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clifford Lelikona Parker J-43369
California State Prison - San Quentin
San Quentin, CA 94974

Dated: September 9, 2010

    Richard W. Wieking, Clerk
    By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.09\Parker0063.jud.wpd  2